

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

After Dad filed his appellant's brief, the State's brief was due on June 13, 2019. *See* TEX. R. APP. P. 38.6(b). One day later, the State filed a first motion for a twenty-day extension of time to file its brief.

On June 21, 2019, after appellant Mom failed to file a brief or a motion for extension of time to file her brief, we abated this appeal and remanded the cause to the trial court for a hearing to determine whether Mom wishes to prosecute her appeal. After the reporter's record from the hearing was filed, but before this court ruled on the State's motion, the State filed its brief.

The State's motion for extension of time to file its brief is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court